THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* HERRON LOVE, Defendant-Appellant.

(No. 57086; ▮▮▮▮▮▮▮

First District (1st Division)—March 5, 1973.

▮▮▮▮▮▮▮

*Rehearing denied July 19, 1973.*

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Opinion by Mr. JUSTICE EGAN.

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Glenn C. Fowlkes, of Chicago, for appellant.

Edward V. Hanrahan, State's Attorney, of Chicago, for the People.

▮▮▮▮▮▮▮

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* THOMAS KING *et al.*, Defendants-Appellants.

(Nos. 57130-31 cons.; ▮▮▮▮▮▮▮

First District (2nd Division)—April 24, 1973.

*Supplemental opinion upon denial of rehearing July 5, 1973.*

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮